IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA PETER, MICHAEL PETER, JULIKA BERGER, JAROLIN BERGER | : : : | CIVIL ACTION |
| v. | : : : | |
| SUSAN DIANE WOJCICKI, WILLIAM HENRY CATES, STEPHANE BANCEL and ALBERT BOURLA | : : : | NO. 21-4994 |

## ORDER

**NOW**, this 24th day of February, 2022, upon consideration of plaintiff Maria Peter's application to proceed *in forma pauperis* (Doc. No. 3) and the *pro se* complaint (Doc. Nos. 1 and 3), it is **ORDERED** that:

1. Plaintiff Maria Peter's motion to proceed *in forma pauperis* is **DENIED.**

2. Michael Peter, Julika Berger and Jarolin Berger are **STRICKEN** as plaintiffs.

3. The Clerk shall **CLOSE** this case administratively.

4. If plaintiff Maria Peter wishes to reopen this action on her own behalf, she shall remit the sum of $402.00 to the Clerk of Court as payment for the $350.00 filing fee and $52.00 administrative fee within thirty (30) days of the date of this Order.

/s/ TIMOTHY J. SAVAGE J.